United States District Court
Middle District of Florida
Jacksonville Division

UNITED STATES OF AMERICA

v.

TRAVIS RYAN PRITCHARD

No. 3:20-cr-65-J-32PDB

---

### Notice of Acceptance of General Discovery

The defendant, through counsel, accepts general discovery under the Court's standing discovery order.

*Attorney for Defendant*

### Certificate of Service

I certify that I have hand-delivered a copy of this notice to Kelly Karase, Assistant United States Attorney, 300 North Hogan St., Ste. 7-100, Jacksonville, FL 32202-4270, on May 21, 2020.

*Attorney for Defendant*