UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:20-cr-65-J-32PDB

TRAVIS RYAN PRITCHARD

### UNITED STATES' UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, respectfully moves this Court for the entry of a protective order governing the handling of certain sensitive materials in this case, and in support of its motion states the following:

1. On May 20, 2020, a federal grand jury seated in Jacksonville returned an indictment charging the defendant with two counts of coercion and enticement of a minor, in violation of 18 U.S.C. § 2422(b).

2. Discovery in this case includes a sensitive audio interview of a minor female victim. It also includes documents and other recordings containing information identifying minor victims.

3. The undersigned Assistant United States Attorney has conferred with counsel for the defendant, Bryan E. DeMaggio, Esq., who does not oppose the entry of the proposed protective order.

WHEREFORE, the United States respectfully requests that this Court grant this Motion for Protective Order.

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        United States Attorney

        */s/ Kelly S. Karase*
By:  KELLY S. KARASE
        Assistant United States Attorney
        USAO No. 134
        300 N. Hogan Street, Suite 700
        Jacksonville, Florida 32202
        Telephone:  (904) 301-6300
        Facsimile:   (904) 301-6310
        E-mail: Kelly.Karase@usdoj.gov

U.S. v. TRAVIS RYAN PRITCHARD	Case No. 3:20-cr-65-J-32PDB

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Bryan E. DeMaggio, Esq.

                                        */s/ Kelly S. Karase*
                                        KELLY S. KARASE
                                        Assistant United States Attorney