**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

---

UNITED STATES OF AMERICA  CASE NO. 3:20-cr-65-J-32PDB
v.
TRAVIS RYAN PRITCHARD

Counsel for Government:  Counsel for Defendant:
Kelly Karase  Bryan E. DeMaggio

---

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Marielena Diaz  Court Reporter: Shannon Bishop

---

## CLERK'S MINUTES

**PROCEEDINGS OF: TELEPHONE CRIMINAL STATUS CONFERENCE**

The defendant moved to continue trial.

The government has no objection to the continuance.

For the reasons stated on the record, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial (18 U.S.C. §3161(h)(7)(A)), the Oral Motion to Continue Trial is **GRANTED.**

**CASE RESET:**

Status:  August 24, 2020 at 4:00 p.m.
Trial Term Commencing:  September 8, 2020 at 9:00 a.m.

Defendant's Unopposed Motion to Extend Motions Deadline (Doc. 24) is GRANTED. Motions deadline is **July 28, 2020**.

DATE: June 22, 2020  TIMES: 10:33 a.m. – 10:43 a.m.  TOTAL: 10 Minutes