UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.  Case No.:   3:20-cr-00065-TJC-PDB-1

**TRAVIS RYAN PRITCHARD**

_____

### DEFENDANT'S UNOPPOSED SECOND MOTION TO EXTEND MOTIONS DEADLINE

Defendant, Travis Ryan Pritchard, by and through undersigned counsel and pursuant to Fed.R.Cr.P. 45(b), hereby moves this Honorable Court to extend time by fourteen (14) days for Defendant to file motions in this cause. In support thereof, Defendant states the following:

1. Defendant is charged by indictment with two counts of coercion or enticement of a minor in violation of 18 U.S.C. §2422(b). (Doc. 16).

2. On June 22, 2020, this Court granted Defendant's Motion to Extend Motions Deadline and extended the motions deadline to July 28, 2020. (Doc. 27).

3. Undersigned counsel recently had a death in the family requiring his attention.

4. Additionally, the Government will be seeking a superseding indictment in this case.

5. Furthermore, the ongoing COVID-19 pandemic has presented practical difficulties as it relates to defense of the instant case.

6. In light of the reasons set forth above, Defendant needs additional time to determine whether any motions are appropriate.

7. Undersigned counsel has conferred with Assistant United States Attorney, Kelly Karase, Esquire, and she does not oppose the requested relief.

WHEREFORE, Defendant respectfully requests this Honorable Court extend the deadlines for the filing of the motions in this case by fourteen (14) days up to and including August 11, 2020.

## **MEMORANDUM OF LAW**

Rule 12(c)(2), Fed.R.Cr.P. provides "At any time before trial, the Court may extend or reset the deadline for pretrial motions." Good cause for the requested extension is set forth above as circumstances outside of the control of the undersigned have hindered the undersigned's ability to prepare motions in this case.

Respectfully submitted,

    */s/ Bryan E. DeMaggio*
Wm. J. Sheppard, Esquire
Florida Bar No.: 109154
Elizabeth L. White, Esquire
Florida Bar No.: 314560
Matthew R. Kachergus, Esquire
Florida Bar No.: 503282
Bryan E. DeMaggio, Esquire
Florida Bar No.: 55712
Jesse B. Wilkison, Esquire
Florida Bar No.: 118505
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone:   (904) 356-9661
Facsimile:   (904) 356-9667
Email:   sheplaw@sheppardwhite.com
COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 24, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Kelly Karase, Esquire**
**Assistant United States Attorney**
**300 N Hogan Street**
**Suite 700**
**Jacksonville, FL 32202**

    */s/ Bryan E. DeMaggio*
ATTORNEY

lr[pritchard.extend.deadline.motion2]