UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
8-19-20
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

TRAVIS RYAN PRITCHARD

CASE NO. 3:20-cr-65(S1)-J-32PDB
18 U.S.C. § 2422(b)
18 U.S.C. § 2251(a)
18 U.S.C. § 2252(a)(4)

### SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE

From in or about December 2019, and continuing through April 27, 2020, in the Middle District of Florida, and elsewhere, the defendant,

TRAVIS RYAN PRITCHARD,

using a facility and means of interstate commerce, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, specifically, under the laws of the state of Florida, the crime of lewd or lascivious battery upon a person less than 16 years of age, in violation of Section 800.04(4)(a)(1), Florida Statutes.

In violation of 18 U.S.C. § 2422(b).

## COUNT TWO

From on or about April 27, 2020, and continuing through May 2, 2020, in the Middle District of Florida, and elsewhere, the defendant,

TRAVIS RYAN PRITCHARD,

using a facility and means of interstate commerce, did knowingly persuade, induce, entice, and coerce an individual who the defendant believed had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, specifically, under the laws of the state of Florida, that is, the crime of lewd or lascivious battery upon a person less than 16 years of age, in violation of Section 800.04(4)(a)(1), Florida Statutes.

In violation of 18 U.S.C. § 2422(b).

## COUNT THREE

On or about April 10, 2020, in the Middle District of Florida, and elsewhere, the defendant,

TRAVIS RYAN PRITCHARD,

did employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign

2

commerce by any means, including by computer, and had the file name "Screenshot_20200410-011848_Video Player.jpg."

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT FOUR

On or about April 10, 2020, in the Middle District of Florida, and elsewhere, the defendant,

## TRAVIS RYAN PRITCHARD,

did employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and had the file name "20200410-011329_Video Player.jpg."

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT FIVE

On or about May 2, 2020, in the Middle District of Florida, and elsewhere, the defendant,

## TRAVIS RYAN PRITCHARD,

did knowingly possess a matter, that is, a Samsung Galaxy S9+ wireless telephone,

3

which contained a visual depiction that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, and the depiction involved a prepubescent minor who had not attained 12 years of age.

In violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

## FORFEITURE

1. The allegations contained in Counts One through Five of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of 18 U.S.C. § 2428 and 18 U.S.C. § 2253.

2. Upon conviction of a violation of 18 U.S.C. § 2422, the defendant, TRAVIS RYAN PRITCHARD, shall forfeit to the United States, pursuant to 18 U.S.C. § 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense.

3. Upon conviction of a violation of 18 U.S.C. § 2251(a) and 2252(a), the defendant, TRAVIS RYAN PRITCHARD, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

   a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

  4. The property to be forfeited includes, but is not limited to, a black and blue Samsung Galaxy cellular telephone with sim card.

  5. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c) and 18 U.S.C. § 2253(b).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Kelly S. Karase
Assistant United States Attorney

By: _____
Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division

6

FORM OBD-34
8/14/20 Revised

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

TRAVIS RYAN PRITCHARD

## INDICTMENT

Violations:  Cts. 1-2: 18 U.S.C. § 2422(b)
             Cts. 3-4: 18 U.S.C. § 2251(a)
             Ct.  5:   18 U.S.C. § 2252(a)(4)

A true bill,

_____
Foreperson

Filed in open court this 14th day

of August, 2020.

_____
Clerk

Bail   $ _____

GPO 863 525