United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.                                              NO. 3:20-cr-65-J-32PDB

**TRAVIS RYAN PRITCHARD**

## Clerk's Minutes

| **Proceeding** | Arraignment (Superseding Indictment) |
|---|---|
| **Date** | September 2, 2020 |
| **Time** | 10:04—18 a.m. |
| **Judge** | Patricia Barksdale, United States Magistrate Judge |
| **Courtroom Deputy** | Angela Loeschen, Courtroom Deputy |
| **Counsel for United States** | Kelly Karase, Assistant United States Attorney |
| **Counsel for Defendant** | Bryan DeMaggio, Esquire |
| **Digital/Reporter** | Digital |

Messrs. Pritchard and DeMaggio were present by video teleconference.

Ms. Karase was in the courtroom.

Mr. Pritchard stated that, after speaking with Mr. DeMaggio, he consents to attending the proceeding by video teleconference.

Mr. Pritchard confirmed he can hear and see the proceeding clearly.

Judge Barksdale asked Mr. Pritchard questions to assess competency.

Mr. Pritchard stated that he has received a copy of the superseding indictment.

Judge Barksdale advised Mr. Pritchard of his rights, the charges, and the possible penalties.

Mr. Pritchard entered pleas of not guilty to counts one through five of the superseding indictment.

Mr. Pritchard confirmed he could see and hear and hear the proceeding clearly.