United States District Court
Middle District of Florida
Jacksonville Division

UNITED STATES OF AMERICA

v.  NO. 3:20-cr-65-J-32PDB

TRAVIS RYAN PRITCHARD

_____

### Report and Recommendation Concerning Guilty Plea

On October 21, 2020, by consent, the defendant appeared before me under Federal Rule of Criminal Procedure 11 and Local Rule 6.01(c)(12) and pleaded guilty to counts three and five of the superseding indictment. After cautioning him and examining him under oath concerning each Rule 11 matter, I found that his pleas were intelligently, knowingly, and voluntarily made, and that the facts that he admitted establish the elements of the charged offenses. I therefore recommend that the Court accept his pleas and adjudicate him guilty of counts three and five of the superseding indictment. The parties agreed to waive the 14-day period to object to this report and recommendation

**Done** in Jacksonville, Florida, on October 21, 2020.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c: The Honorable Timothy Corrigan, United States District Judge
Kelly Karase, Assistant United States Attorney
Bryan DeMaggio, Esquire
United States Probation